**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 13-cv-1275-WJM-KMT

WILDEARTH GUARDIANS,

      Plaintiff,

v.

GINA MCCARTHY, in her official capacity as Administrator of the United States Environmental Protection Agency

      Defendant.

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO DISMISS
SECOND CLAIM FOR RELIEF**

---

This matter comes before the Court on Plaintiff's Unopposed Motion to Voluntarily Dismiss Second Claim for Relieve in Plaintiff's Amended Complaint, filed February 18, 2014 (ECF No. 34).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Plaintiff's Motion is GRANTED.  Plaintiff's Second Claim for Relief in its Amended Complaint (ECF No. 20) is hereby DISMISSED WITHOUT PREJUDICE.  Each party shall pay its or her own attorney's fees and costs.

Dated this 18th day of February, 2014.

                                            BY THE COURT:

                                            _____
                                            William J. Martínez
                                            United States District Judge