**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-01275-WJM-KMT

WILDEARTH GUARDIANS,

    Plaintiff,

v.

GINA MCCARTHY, in her official capacity as Administrator of the United States Environmental Protection Agency,

    Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all previous Orders entered in this case, and the Order Granting Defendant's Motion to Dismiss, entered by the Honorable William J. Martínez, United States District Judge, on March 11, 2014,

IT IS ORDERED that Defendant's Motion to Dismiss (ECF No. 8) is GRANTED for lack of subject matter jurisdiction. Plaintiff's remaining claim is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Judgment is entered in favor of Defendant, and the action and complaint are dismissed. Each party shall bear her or its own costs.

Dated at Denver, Colorado, this 11th day of March 2014.

                BY THE COURT:

                JEFFREY P. COLWELL, CLERK

                By:   s/ Deborah Hansen
                Deborah Hansen, Deputy Clerk